# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAVE STRAWBERRY CANYON, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY, et al.,<br><br>Defendants. | Case No.  11-01564-WHA<br><br>ORDER AND STIPULATION AS MODIFIED CONCERNING PREVIOUSLY-ORDERED CASE SCHEDULE<br><br>JUDGE:  The Hon. W. Alsup |

On April 4, 2011, Judge Laporte entered a case scheduling order in this case. (Docket No. 6.) The April 4 order, among other things, set various dates for Plaintiff and "Federal Defendants"[1] to file summary judgment opening, opposition, and reply briefs. (*See* Docket No. 6, at 2-3.) The parties wish to modify the April 4 order to permit "University Defendants"[2] to file briefs according to the schedule set forth in that order.

Therefore, the parties stipulate under Local Rule 7-12 that the case scheduling order entered by Judge Laporte on April 4, 2011 is modified as follows:

      a.     University Defendants can file one consolidated brief in support of their

---

[1] "Federal Defendants" are the U.S. Department of Energy and Dr. Steven Chu, the Secretary of the Department of Energy.

[2] "University Defendants" are Paul Alivisatos (the director of the Lawrence Berkeley National Laboratory) and 25 voting Regents of the University of California.

- 1 -

Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment at the same time Federal Defendants file one consolidated brief in support of their Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

      b.      30 days after service of Federal Defendants' consolidated Cross-Motion and Opposition and University Defendants' consolidated Cross-Motion and Opposition, Plaintiff can file one consolidated brief in Opposition to University Defendants' Cross-Motion for Summary Judgment, Opposition to Federal Defendants' Cross-Motion for Summary Judgment, and Reply in Support of their Motion for Summary Judgment.

      c.      University Defendants shall file a Reply in Support of their Cross-Motion for Summary Judgment at the same time Federal Defendants file their Reply in Support of their Cross-Motion for Summary Judgment.

Good cause shown, the parties' stipulation is approved subject to possible modification at the case management conference.

The case management conference is **ADVANCED** to **JUNE 30, 2011, AT 3:00 P.M.**  Please file a joint case management statement by **NOON ON JUNE 27, 2011**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:   June 21, 2011.

William Alsup
United States District Judge