IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE STRAWBERRY CANYON, | No. C 11-01564 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING JOINT MOTION TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED FILINGS** |
| U.S. DEPARTMENT OF ENERGY, *et al.*, | |
| Defendants. | |

Good cause not shown, the parties' joint motion to vacate the case management conference and related filings is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE