1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAVE STRAWBERRY CANYON,                     No. C 11-01564 WHA

        Plaintiff,

  v.                                                    **ORDER DENYING STIPULATED
                                                            REQUEST TO EXTEND PAGES**
U.S. DEPARTMENT OF ENERGY, *et al.*,          **FOR MEMORANDA**

        Defendants.
_____/

      Good cause not shown, the parties' stipulated request to extend pages for memoranda

relating to motions for summary judgment is **DENIED**.

      **IT IS SO ORDERED.**

Dated:  June 24, 2011.

                         WILLIAM ALSUP
                         UNITED STATES DISTRICT JUDGE