IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE STRAWBERRY CANYON, | No. C 11-01564 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DEPARTMENT OF ENERGY, *et al.,* | |
| Defendants. | |

    For the reasons stated in the accompanying order granting defendants' cross motion for summary judgment and denying plaintiff's motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff.

    The clerk **SHALL CLOSE THE CASE FILE**.

**IT IS SO ORDERED.**

Dated: November 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE